**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

IRINA K. BENDER,

**Plaintiff,**

**v.** **Civil No. 07-459-AA**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

**Defendant.**

---

# JUDGMENT

The Commissioner's decision is reversed and remanded for payment of benefits. This action is dismissed.

Dated: May 2, 2008..

**/s/ Ann Aiken**
**United States District Judge**