FILED'08 JUN 24 07:12 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IRINA K. BENDER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CV# 07-459-AA<br><br>ORDER FOR STIPULATED<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5481.92 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $9.40 in costs and $21.20 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 23 day of June, 2008.

/s/ Ann Aiken
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff